# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| RAFAEL M. FERMAN ) | |
| ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 06-0442-CV-W-DW |
| ) | Criminal No. 04-00327-02-CR-W-DW |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant (s) ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED** THAT: Ferman's Section 2255 motin (Doc. 1) is **DENIED**. Further, the Court DECLINES to issue a certificate of appealability on any of the claims raised in the motion.

    PATRICIA L. BRUNE, CLERK

Date: August 29 2006          By: /s/ Y. Johnson
                                                            Deputy Clerk